

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00542-CV

**CITY OF LEON VALLEY** and Irene Baldridge,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro, Daniel Bee, Robert Caldwell, Anne Caldwell, Deference Service Business, Inc., Earl Doderer, Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Roberto Galindo, Erma Galindo, Shirl Jackson, and Ricardo A. Padilla,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we DISMISS Baldridge's appeal from the denial of her plea to the jurisdiction. We REVERSE the trial court's order, in part, and render judgment DISMISSING appellees' claims against the City for intentional torts and for violating the Water Code. We REMAND appellants' challenges to the sufficiency of appellees' pleadings and evidence regarding Baldridge's "substantial interest" under the Local Government Code. The remainder of the trial court's order denying appellants' pleas to the jurisdiction is AFFIRMED. Costs of this appeal are assessed against the party that incurred them.

SIGNED May 20, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice